# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GARY LINDSEY,**

                     **Plaintiff,**

**-vs-**                                                            **Case No. 6:04-cv-1502-Orl-KRS**

**COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,**

_____

## ORDER

      This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 23)** |
| **FILED:** | **October 27, 2005** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

      The Commissioner of Social Security requests that this matter be reversed and remanded to the Social Security Administration for further proceedings under sentence four of 42 U.S.C. § 405(g) for the following reasons:

> On remand, the administrative law judge (ALJ) will obtain testimony from a vocational expert to determine if Plaintiff is able to perform sedentary work, take any further action needed to complete the administrative record, consider any additional evidence Plaintiff submits during the hearing, and issue a new decision.

Doc. No. 23 at 1. Plaintiff Gary Lindsey does not oppose the motion. *Id*.

Accordingly, it is **ORDERED** that the decision of the Commissioner is **REVERSED** and the case is **REMANDED** for further proceedings. The Clerk of Court is directed to enter judgment consistent with this Order and, thereafter, to close the file. Furthermore, the hearing that was scheduled for November 10, 2005, in this matter is hereby **CANCELLED**.

**DONE** and **ORDERED** in Orlando, Florida on October 28, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties